IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:13MC177

IN RE: OFFICIAL COURT CLOSINGS

THIS MATTER is before the Court upon its own motion pertaining to the closing of court for regular business.

The United States District Court for the Western District of North Carolina and all related court agencies will be closed on Thursday, November 28, 2013, and on Friday, November 29, 2013, for the Thanksgiving holiday.

The court will be closed on December 24, 2013, and December 25, 2013, for the Christmas holiday.

The Court will also be closed on January 1, 2014, for the New Year's holiday.

IT IS SO ORDERED THIS 7th DAY OF NOVEMBER, 2013.

Frank D. Whitney, Chief
U.S. District Judge